◻ ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 02 2012 ★

BROOKLYN OFFICE

EJK:KMT
F.#2012R01157

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ELIDO DE JESUS FERNANDEZ
RODRIGUEZ,

         Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 12 - 504
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(B)(ii)(II),
952(a), 960(a)(1) and
960(b)(2)(B)(ii); T. 18,
U.S.C., §§ 3551 et seq.)

GLASSER, J.

GO, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Cocaine)

On or about July 14, 2012, within the Eastern District of New York and elsewhere, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Possession of Cocaine With Intent to Distribute)

On or about July 14, 2012, within the Eastern District of New York, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of

2

a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2012R01157

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

Elido de Jesus Fernandez Rodriguez,

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

Milton Wilcox
—————————————
Foreman

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____ *Clerk*

*Bail,* $ _____

*Kevin Trowel, Assistant U.S. Attorney (718-254-6351)*